E. BAUMAN ET AL v. E. S. JAFFRAY & Co.

No. 244.

**1. Conclusion of Facts, When Revised.**

If there is no evidence to support a finding by a Court of Civil Appeals, its findings may be disregarded by the Supreme Court; but when there is only a conflict the findings are conclusive .................... ........... 618

**2. Same—Practice on Application for Writ of Error.**

Where an application for writ of error does not attempt to set out the evidence, and it is complained that there was no evidence to sustain some of the material findings, credence must be given to the findings made ...................................................................... 618

Application for Writ of Error to Court of Civil Appeals for Fifth District, in an appeal from Dallas County.

*West & Smith,* and *Humphrey & McLean,* for application.

STAYTON, Chief Justice.—We fully concur in the legal conclusions of the Court of Civil Appeals upon the facts found by that court to be true.

It is contended, however, that the findings of fact were not justified by the evidence, and writ of error is asked on that ground.

If there be no evidence to support a finding by that court, its finding might be here disregarded; but where there is only a conflict of evidence the findings are conclusive.

It is asserted in the application that there was no evidence to sustain some of the material findings, but the application does not attempt to set out the evidence, and under such circumstances credence must be given to the findings made.

In such case the presumption is that the evidence sustains the finding, and an application seeking to rebut this must show that there was no evidence, or rather what the evidence was. That has not been attempted, and the application will be overruled.

Delivered March 29, 1894.

Motion for rehearing, accompanied with copy of statement of facts, was overruled.